UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACP, INC.,

        Plaintiff,

        v.

SKYPATROL, LLC, et al.,

        Defendants.
_____/

No. C 13-1572 PJH

**JUDGMENT**

The court having dismissed this action for failure to state a claim,

it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 6, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge