UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACP, INC.,

        Plaintiff,

    v.

SKYPATROL, LLC, et al.,

        Defendants.

Case No. 13-cv-01572-PJH

**ORDER DENYING MOTION FOR ENLARGEMENT OF TIME WITHOUT PREJUDICE**

Re: Dkt. No. 105

Before the court is defendant Skypatrol, LLC's motion to extend the deadline to respond to certain discovery requests. The court finds that defendant has not complied with its obligations under Civil Local Rule 6-3(a) and 37-1(a) to confer with opposing counsel to attempt to resolve this dispute prior to filing its motion. The court thus DENIES the motion to enlarge time, without prejudice to re-filing should the parties be unable to resolve this dispute without judicial intervention.

**IT IS SO ORDERED.**

Dated: January 18, 2017

_____

PHYLLIS J. HAMILTON
United States District Judge