UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACP, INC.,<br>   Plaintiff,<br>  v.<br>SKYPATROL, LLC, et al.,<br>   Defendants. | Case No. 13-cv-01572-PJH   (MEJ)<br><br>**DISCOVERY ORDER** |

The Court previously issued a partial order regarding Plaintiff ACP, Inc.'s ("ACP") and Defendant Gordon Howard Associates' ("Gordon Howard") discovery disputes and inability to agree on a stipulation. Dkt. No. 126; *see* Dkt. Nos. 109-11, 124-25. The Court now issues the following Order:

1. **Interrogatories.** During the February 9, 2017 meet and confer, Gordon Howard agreed to amend three to four of its responses to the Interrogatories in dispute, including Interrogatory No. 1. Gordon Howard shall identify the specific documents and pages that provide support for its responses.

2. **Requests for Admissions ("RFA").** Gordon Howard shall serve its amended responses to RFA Nos. 7 through 14.

Should the parties have any future disputes, they shall meet and confer in person and attempt to resolve them in good faith before bringing it to the Court's attention.

**IT IS SO ORDERED.**

Dated: February 24, 2017

                _____
                MARIA-ELENA JAMES
                United States Magistrate Judge