UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACP, INC., <br>         Plaintiff, <br>   v. <br> SKYPATROL, LLC, et al., <br>         Defendants. | Case No. 13-cv-01572-PJH (MEJ) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 131 |

On March 2, 2017, the Court held a telephonic hearing concerning the deposition of Stan Schwarz. *See* Letter, Dkt. No. 131. Plaintiff ACP, Inc. ("ACP") and Defendants Gordon Howard Associates and Skypatrol, LLC (together, "Defendants") attended the hearing. Based on the parties' arguments and for the reasons stated at the hearing, the Court ORDERS the following:

1. Defendants may depose Mr. Schwarz for up to one (1) hour on March 3, 2017, starting at 9:30 a.m. Eastern Standard Time.
2. Defendants shall make Mr. Schwarz available to ACP for cross-examination at a future date to be determined, provided Mr. Schwarz's heath allows such an opportunity. If Mr. Schwarz is unable to be cross-examined, Defendants shall offer proof of his unavailability.

**IT IS SO ORDERED.**

Dated: March 2, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge