UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACP, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SKYPATROL, LLC, et al.,<br><br>        Defendants. | Case No. 13-cv-01572-PJH<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO REQUEST CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 129 |

Before the court is plaintiff's ACP, Inc.'s administrative motion to request a case management conference ("CMC"). See Dkt. 129. ACP reports that it has been unable to take the deposition of a key witness, defendant Gordon Howard's CEO Stan Schwarz, due to Schwarz's health problems. This has "prohibited fact discovery from being completed," and disrupted the case management schedule such that the current deadlines are unworkable "in light of the delay and uncertainty regarding Mr. Schwarz's availability." Id. Although defendants Gordon Howard and Skypatrol were permitted to proceed with a limited deposition of Schwarz on March 3, 2016, Dkt. 132, ACP was unable to attend as it was afforded only a few days' notice. Gordon Howard does not oppose the request for a CMC, see Dkt. 130; Skypatrol has not responded.

Good cause appearing, the court hereby GRANTS ACP's motion and sets a CMC for March 16, 2017, at 2:00 p.m. in Courtroom 3, 3rd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California. The parties shall submit a case management statement containing their proposals as to reasonable modifications to the pretrial schedule by Thursday, March 9.

**IT IS SO ORDERED.**

Dated: March 6, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge