UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACP, INC.,
   Plaintiff,

v.

SKYPATROL, LLC, et al.,
   Defendants.

Case No. 13-cv-01572-PJH

**ORDER REGARDING CASE STATUS**

Re: Dkt. No. 176

   Whereas this matter was reported as settled by Magistrate Judge Corley on May 30, 2017, and no pretrial papers have been filed as required for the July 27, 2017 pretrial conference, the parties shall either file a stipulation of dismissal by **July 26, 2017**, or appear for a case management on July 27, 2017 at 2:00 p.m.

   **IT IS SO ORDERED.**

Dated: July 10, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge